UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

UNITED STATES OF AMERICA § 
 § 
VS. § MAGISTRATE NO. 2:17-MJ-00929-1
 § 
RENE PAREDES JR § 

## MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL

A detention hearing has been held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f). The following requires detention of the Defendant pending trial in this case:

(1) There are no conditions or combination of conditions that will ensure the safety of the community; and

(2) There is a serious risk that the Defendant will fail to appear for future court proceedings.

The evidence against the Defendant is substantial. The Defendant was again found driving a tractor/trailer rig with 19 aliens hidden in the trailer. One of the material witnesses identified the Defendant as the person who loaded him into the trailer. In his earlier case, 2:17cr329, the Defendant had traveled to Mexico without permission in violation of the conditions of his bond. The Defendant has demonstrated that he is either unwilling or unable to comply with court-ordered conditions of release. He is a poor bond risk.

The Defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent

practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED this 19th day of September, 2017.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE